**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| |
|---|
| CRAIG R. BECKER, |
| *Plaintiff*, |
| v. |
| HONORABLE JAMES N. MATTIS, <br> Secretary of Defense |
| HONORABLE RICHARD V. SPENCER, <br> Secretary of the Navy |
| ADMIRAL JAMES W. CRAWFORD, III, <br> Navy Judge Advocate <br> Office of the Judge Advocate General |
| *Defendants*. |

Civil Action No.17-2336 (BAH)

## DEFENDANTS' CONSENT MOTION FOR ENLARGMENT OF TIME TO RESPOND TO THE COMPLAINT

Pursuant to Fed. R. Civ. P. 6(b)(1), defendants Richard V. Spencer, Secretary of the Navy, Admiral James W. Crawford III, Navy Judge Advocate General, and James Mattis, Secretary of Defense, respectfully move the Court for a forty-five (45) day enlargement of time to respond to the Complaint.  Specifically, defendants request that the deadline be extended from January 22, 2018 through March 8, 2018.  This is defendants' first request for additional time in this case, and plaintiff, through his counsel, graciously consents to the relief being sought.

Plaintiff, Craig R. Becker, filed a Writ of Mandamus and Complaint under the Administrative Procedure Act.  Specifically, Plaintiff, a Naval Officer stationed in Belgium, asserted he is being wrongfully held by Belgium authorities for criminal charges.  Plaintiff asserts that under the NATO SOFA, the Department of Defense must assert jurisdiction to protect his rights, and those of United States service members in foreign countries.  Plaintiff

alleges his Constitutional Rights are being denied by the Belgian inquisitorial system and request the Defendents request jurisdiction from the Belgian Government in Plaintiff's case.

Plaintiff filed this action on November 7, 2017.  Based on that date of service, the initial date for a response to the complaint is calculated to be January 22, 2018.  *See* Fed. R. Civ. P. 12(a)(2).  The undersigned counsel for Defendant, however, was away from the office from December 8, 2017 until January 3, 2018 due to a sudden serious medical condition requiring hospitalization and care in the intensive care unit of her one-year-old son.  In the process, counsel has been unable to coordinate fully with the Department of the Navy and Department of Defense to properly respond to the case.

This motion is being filed in good faith and not for purposes of delay to gain any unfair advantage.  Granting defendants' motion will neither prejudice any party nor impact any other deadlines in this action, as no other deadlines are currently set.

For all these reasons, defendants respectfully request that the Court extend the deadline for their initial response to the complaint by forty-five (45), or until March 8, 2018.  A proposed order is attached.

Dated:  January 17, 2018.

Respectfully submitted,

JESSIE K. LIU, D.C. Bar # #472845
United States Attorney

DANIEL F. VAN HORN, D.C. BAR # 924092
Chief, Civil Division

By:   */s/ Shanna L. Cronin*
SHANNA L. CRONIN
Special Assistant United States Attorney
U.S. Attorney's Office, Civil Division
555 4th Street, N.W.

Washington, D.C. 20530
(202) 252-2574 (phone)
(202) 252-2599 (fax)
shanna.cronin@usdoj.gov

*Attorneys for the Defendants*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

CRAIG R. BECKER,

        *Plaintiff*,

        v.

HONORABLE JAMES N. MATTIS,
Secretary of Defense

HONORABLE RICHARD V. SPENCER,
Secretary of the Navy

ADMIRAL JAMES W. CRAWFORD, III,
Navy Judge Advocate
Office of the Judge Advocate General

        *Defendants*.

Civil Action No.17-2336 (BAH)

## ORDER

THIS MATTER is before the Court on defendants' consent motion for an extension of time to file an initial response to the complaint.  Based on the motion and the entire record in this case, the Court finds good cause for the relief being sought.  Accordingly, it is hereby

**ORDERED** that defendants' consent motion for enlargement of time is **GRANTED**, and it is further

**ORDERED** that defendants shall have through and including March 8, 2018 to respond to the complaint.

_____
Date

_____
United States District Judge