IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CRAIG R. BECKER**<br>2A Rue Des Archers BTE 30<br>7000 Mons, Belgium<br><br>Petitioner/Complainant<br><br>v.<br><br>**HONORABLE JAMES N. MATTIS**<br>Secretary of Defense<br>1000 Defense Pentagon<br>Washington, DC 20301<br><br>**HONORABLE RICHARD V. SPENCER**<br>Secretary of the Navy<br>1000 Navy Pentagon<br>Washington, DC 20301<br><br>**ADMIRAL JAMES W. CRAWFORD, III**<br>Navy Judge Advocate General<br>Office of the Judge Advocate General<br>1322 Patterson Ave, Suite 3000<br>Washington Navy Yard, DC 20374<br><br><u>Respondents/Defendants</u> | Civ. No. 1:17-cv-02336-BAH |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties, by and through counsel, jointly stipulate and agree to the dismissal of the above-captioned action with prejudice, without an award of costs, expenses or fees to either party, and without the Court retaining jurisdiction over the above-captioned action.

Date: February 21, 2018                              Respectfully submitted,

                                                                      /s/ Jeremiah J. Sullivan

Counsel for Petitioner                              Jeremiah J. Sullivan, III
                                                                  Law Offices of Jeremiah J. Sullivan, III
                                                                  1034 25th Street, Suite 564
                                                                  San Diego, CA 92102
                                                                  Tel: (619) 578-5958
                                                                  Fax: (619) 578-5995
                                                                  Email: jjs@jeremiahsullivanlaw.com

 

David P. Sheldon
Law Offices of David P. Sheldon
100 M Street, Suite 600
Washington, DC 20003
Tel: (202) 552-0018
Fax: (202) 546-0135
Email: davidsheldon@militarydefense.com
U.S. District Court Bar No. 446039

Counsel for Respondents

Shanna L. Cronin
Special Assistant United States Attorney
555 Fourth St., N.W.
Washington, DC 20530
(202) 252-2574
Email: shanna.cronin@usdoj.gov